AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| Nathaniel Torres et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01292 |
| Sweepsteaks Limited et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sweepsteaks Limited and Aubrey Drake Graham                    .

Date:    12/29/2025                             /s/Robert W. Ward
*Attorney's signature*

Robert W. Ward (No. 25-437)
*Printed name and bar number*

1717 Pennsylvania Avenue NW
Suite 650
Washington, D.C. 20006
*Address*

rward@ifrahlaw.com
*E-mail address*

(202) 524-4140
*Telephone number*

(202) 524-4141
*FAX number*