IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br>  v.<br><br>SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,<br><br>   *Defendants*. | Case No.: 1:25-CV-1292  KG/KK |

**STIPULATION TO EXTEND DEFENDANTS'
TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

  Plaintiffs Nathaniel Torres and Rory Michie, individually and on behalf of all others similarly situated, and Defendants Sweepsteaks Limited, Aubrey Drake Graham, and Adin Ross, by and through undersigned counsel, hereby agree and stipulate as follows:

  WHEREAS, on December 16, 2025, Defendants executed an acknowledgment of service, waiving any further service of the Summons and Complaint and any objections thereto;

  WHEREAS, the Parties agreed that, in exchange for allowing Plaintiffs to avoid the time and expense associated with service of the Summons and Complaint, Defendants' time to answer, move, or otherwise respond to the Complaint would be extended up to and including February 6, 2026;

  WHEREAS, the Parties agreed that, should any Defendant file a motion requiring a response, Plaintiffs would have until and including April 3, 2026 to file a response;

  WHEREAS, on December 23, 2025, Defendants removed this action from the Second Judicial District Court to this Court;

  WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(A), Defendants post-removal deadline to answer, move, or otherwise respond to the Complaint is January 6, 2026;

1

WHEREAS, the Parties have agreed to adopt the response deadlines agreed to prior to removal of this action;

**IT IS HEREBY STIPULATED AND AGREED**, subject to Court approval, that Defendants shall have until and including **Friday, February 6, 2026** to answer, move, or otherwise respond to the Complaint. Should any Defendant file a motion requiring a response, Plaintiffs shall have until and including **Friday, April 3, 2026** to file a response.

Date: January 5, 2026

Respectfully Submitted,

FAYERBERG DODD, LLC

*/s/Christopher A. Dodd* (with permission)
Christopher A. Dodd
Amber Fayerberg
500 Marquette Avenue, NW
Suite 1330
Albuquerque, NM 87102
(505) 475-2742
chris@fayerbergdodd.com
amber@fayerbergdodd.com

Steven A. Schwartz (PA Bar No. 50579)
Beena M. McDonald (PA Bar No. 83315)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA  19041
T: (610) 642-8500
sas@chimicles.com
bmm@chimicles.com

Garrett W. Wotkyns (AR Bar No. 025887)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
18146 North 93rd Place
Scottsdale, AZ 85255
T: (610) 642-8500
garrettwotkyns@chimicles.com

THE SIMONS FIRM LLP

By: */s/Frieda Scott Simons*
Frieda Scott Simons
P.O. Box 5333
Santa Fe, NM 87502-5333
(505) 988 5600
fsimons@simonsfirm.com

A. Jeff Ifrah (*pro hac vice* forthcoming)
Robert W. Ward (No. 25-437)
Ifrah PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited and Aubrey Drake Graham*

NEIMAN MAYS FLOCH & ALMEIDA PLLC

By: */s/Brandon S. Floch (with permission)*
Jeffrey A. Neiman (*pro hac vice* forthcoming)
Florida Bar No. 544469
jneiman@nmfalawfirm.com
Brandon S. Floch (*pro hac vice* forthcoming)
Florida Bar No. 125218
bfloch@nmfalawfirm.com

Jarrett L. Ellzey (TX Bar No. 24040865)
Josh Sanford (AR Bar No. 2001037)
Tom Kherkher (TX Bar No. 24113389)
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 770006
T: (888) 350-3931
jellzey@eksm.com
jsanford@eksm.com
tkherkher@eksm.com
Service: service@eksm.com

*Counsel for Plaintiffs and the Proposed Class*

Christopher D. Joyce (*pro hac vice* forthcoming)
Florida Bar No. 1020006
cjoyce@nmfalawfirm.com
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943

*Counsel for Defendant Adin Ross*

3