IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,

    *Defendants*.

Case No.: 1:25-CV-1292-KG-KK

ORDER EXTENDING DEFENDANTS'
TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

THIS MATTER is before the Court on the parties' Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint (the "Stipulation," Dkt. No. 9). Having reviewed the Stipulation and the record, and for good cause shown, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

- Defendants' time to answer, move, or otherwise respond to the Complaint is extended until and including Friday, February 6, 2026; and

- Should any Defendant file a motion requiring a response, Plaintiffs shall have until and including Friday, April 3, 2026, to file their response.

IT IS SO ORDERED.

    /s/Kenneth J. Gonzales
    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Approved by:

| FAYERBERG DODD, LLC | THE SIMONS FIRM LLP |
|---|---|

*/s/Christopher A. Dodd-Approved via Email 2026.01.05*
Christopher A. Dodd
Amber Fayerberg
500 Marquette Avenue, NW
Suite 1330
Albuquerque, NM 87102
(505) 475-2742
chris@fayerbergdodd.com
amber@fayerbergdodd.com

Steven A. Schwartz (*pro hac vice* forthcoming)
Beena M. McDonald (*pro hac vice* forthcoming)CHIMICLES SCHWARTZ KRINER
  & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA  19041
T: (610) 642-8500
sas@chimicles.com
bmm@chimicles.com

Garrett W. Wotkyns (*pro hac vice* forthcoming)
CHIMICLES SCHWARTZ KRINER
  & DONALDSON-SMITH LLP
18146 North 93rd Place
Scottsdale, AZ 85255
T: (610) 642-8500
garrettwotkyns@chimicles.com

Jarrett L. Ellzey (*pro hac vice* forthcoming)
Josh Sanford (*pro hac vice* forthcoming)
Tom Kherkher (*pro hac vice* forthcoming)
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 770006
T: (888) 350-3931
jellzey@eksm.com
jsanford@eksm.com
tkherkher@eksm.com
Service: service@eksm.com

*Counsel for Plaintiffs and the Proposed Class*

By: */s/Frieda Scott Simons*
Frieda Scott Simons
P.O. Box 5333
Santa Fe, NM 87502-5333
(505) 988 5600
fsimons@simonsfirm.com

A. Jeff Ifrah (*pro hac vice* forthcoming)
Robert W. Ward (No. 25-437)
Ifrah PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited and Aubrey Drake Graham*

NEIMAN MAYS FLOCH & ALMEIDA PLLC

By: */s/Jeffrey A. Neiman-Approved via Email 2026.01.05*
Jeffrey A. Neiman (*pro hac vice* forthcoming)
Florida Bar No. 544469
jneiman@nmfalawfirm.com
Brandon S. Floch (*pro hac vice* forthcoming)
Florida Bar No. 125218
bfloch@nmfalawfirm.com
Christopher D. Joyce (*pro hac vice* forthcoming)
Florida Bar No. 1020006
cjoyce@nmfalawfirm.com
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943

*Counsel for Defendant Adin Ross*