AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Nathaniel Torres et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01292-KG-KK |
| Sweepsteaks Limited et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sweepsteaks Limited and Aubrey Drake Graham .

Date: 01/14/2026

/s/ A. Jeff Ifrah
*Attorney's signature*

A. Jeff Ifrah (26-23)
*Printed name and bar number*
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006

*Address*

jeff@ifrahlaw.com
*E-mail address*

(202) 524-4142
*Telephone number*

(202) 524-4141
*FAX number*