AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| Nathaniel Torres et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-01292-KG-KK |
| Sweepsteaks Limited et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Adin Ross .

Date:   01/20/2026

/s/ Christopher D. Joyce
*Attorney's signature*

Christopher D. Joyce (26-47)
*Printed name and bar number*

Neiman Mays Floch & Almeida, PLLC
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131

*Address*

cjoyce@nmfalawfirm.com
*E-mail address*

(305) 676-5967
*Telephone number*

(757) 260-9857
*FAX number*