IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NATHANIEL TORRES AND RORY MICHIE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br> v.<br><br>SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,<br><br>   *Defendants*. | Case No.: 1:25-cv-01292-KG-KK |

**DEFENDANT ADIN ROSS'S
RULE 7.1 DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Adin Ross states as follows:

  1. Defendant Adin Ross is an individual *sui juris*, domiciled in the State of Florida, and accordingly certifies there are no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of Defendant's stock.

| | |
|---|---|
| Date: January 20, 2026 | Respectfully Submitted,<br><br>**NEIMAN MAYS FLOCH & ALMEIDA PLLC**<br><br>By: /s/ Christopher D. Joyce<br>Christopher D. Joyce (26-47)<br>Jeffrey A. Neiman (*pro hac vice* forthcoming)<br>Brandon S. Floch (*pro hac vice* forthcoming)<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>Phone: (305) 676-5967<br>cjoyce@nmfalawfirm.com<br>jneiman@nmfalawfirm.com<br>bfloch@nmfalawfirm.com<br><br>*Counsel for Defendant Adin Ross* |