IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SWEEPSTEAKS LIMITED, ADIN ROSS, and AUBREY DRAKE GRAHAM<br><br>*Defendants*. | Case No.: 1:25-CV-1292 KG/KK |

### DECLARATION OF AUBREY DRAKE GRAHAM

I, Aubrey Drake Graham, hereby declare and state the following:

1. I am over the age of 18 and competent to make this declaration. I make this declaration based on personal knowledge. If called upon to do so, I could and would testify competently to the statements in this declaration.

2. I submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction.

3. I am a recording artist, songwriter, and entertainer. My work also includes collaborating with brands, creators, and other entertainers to produce content, including social media posts and livestreams.

4. I have never resided in the state of New Mexico. I reside in Washington, Texas.

5. I do not maintain an office, mailing address, bank account, phone number, or a registered agent in New Mexico.

6. Any content I have created, advertised, or posted relating to Stake.us has been published solely on nationally or globally available internet-platforms, including Kick,

Instagram, and X. I have not used any New Mexico -specific media outlets, publications, channels or advertising platforms to promote Stake.us. Nor have I directed, tailored, or targeted my Stake.us-related promotional content specifically to New Mexico residents or to the New Mexico market.

7. I have never created Stake.us-related content with the intention or understanding that my content would be used to advertise Stake.us specifically in the state of New Mexico.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: February 5, 2026

By: _____
Aubrey Drake Graham