IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATHANIEL TORRES AND RORY MICHIE**, individually and on behalf of all others similarly situated,

    **Plaintiffs**,

v.                                               No. 1:25-cv-1292-KG-KK

**SWEEPSTEAKS LIMITED, ADIN ROSS, and AUBREY DRAKE GRAHAM,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that the following documents were served on March 2, 2026, to Defendants as indicated below.

1. Plaintiffs' Requests for Production to Defendants Aubrey Drake Graham and Adin Ross;

2. Plaintiffs' Interrogatories Related to Jurisdiction and Arbitration to Defendants Aubrey Drake Graham and Adin Ross;

3. Plaintiffs' Requests for Production Related to Arbitration to Defendant Sweepstakes Limited;

4. Plaintiffs' Interrogatories Related to Arbitration to Defendant Sweepstakes Limited.

Copies of each of these documents were emailed to counsel for Defendants, as follows:

    Christopher Joyce
    Jeffrey A. Neiman
    Brandon Floch
    NEIMAN MAYS FLOCH & ALMEIDA, PLLC
    cjoyce@nmfalawfirm.com
    jneiman@nmfalawfirm.com
    bfloch@nmfalawfirm.com
    ***Counsel for Adin Ross***

A. Jeff Ifrah
Robert William Ward
IFRAH PLLC
jeff@ifrahlaw.com
rward@ifrahlaw.com

Frieda Scott Simons
THE SIMONS FIRM, LLP
fsimons@simonsfirm.com
*Counsel for Sweepsteaks Limited and Aubrey Drake Graham*

Dated this 2nd day of March 2026.

Respectfully submitted,

Amber Fayerberg
Christopher A. Dodd
FAYERBERG DODD, LLC
500 Marquette Ave. NW, Suite 1330
Albuquerque, NM 87102
amber@fayerbergdodd.com
chris@fayerbergdodd.com
505.557.4905
505.475.2742

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, I filed the foregoing electronically through CM/ECF, which caused all counsel of record to be served.

/s/ Amber Fayerberg
Counsel for Plaintiffs

2