# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| JUSTIN KILLHAM, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:25-cv-00990-DGK |
| SWEEPSTAKES LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM, | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING
DEVELOPMENTS IN OTHER LITIGATION INVOLVING DEFENDANTS**

This is a putative class action that was originally filed in the Circuit Court of Jackson County, Missouri. Missouri Plaintiff Justin Killham seeks to certify a class and allege claims under Missouri law against Defendant Sweepsteaks Limited, an online gaming company based in Cyprus, and Defendants Adin Ross of Florida and Aubrey Drake Graham of Texas, who promote Sweepsteaks Limited's products. Defendants removed the case from Jackson County to this Court pursuant to 28 U.S.C. § 1441, alleging original jurisdiction in this Court under 28 U.S.C. § 1332(d)(2). ECF No. 1.

Now before the Court is the parties' Joint Motion to Stay Proceedings. ECF No. 44. Defendant Sweepsteaks Limited is involved in similar litigation in other federal courts, and the parties seek a stay in this case so that their litigation of the issues in this case may be informed by outcomes in the other cases. The parties have been diligently litigating this case, and there are multiple timely filed outstanding motions. The parties assert the Court may not need to rule on these motions in the event the litigation of Defendants' other similar cases should help the parties

narrow the issues in this case towards an ultimate resolution.

For good cause shown, the Court GRANTS the Joint Motion to Stay Proceedings. All pending deadlines associated with the Joint Proposed Scheduling Order, outstanding motions, Mediation and Assessment Program, and this Court's orders are VACATED.

The parties are ORDERED to issue a status report on June 26, 2026, in which the parties inform the Court of whether and when the case shall return to active litigation.

**IT IS SO ORDERED.**

Date:  March 26, 2026                              /s/ Greg Kays
                                                              GREG KAYS, JUDGE
                                                              UNITED STATES DISTRICT COURT

2