**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE,
individually and on behalf of all others similarly
situated,

          Plaintiffs,                        Case No.: 1:25-CV-01292 KG/KK

v.

SWEEPSTEAKS LIMITED; ADIN ROSS; and
AUBREY DRAKE GRAHAM,

          Defendants.

**ORDER GRANTING JOINT MOTION TO STAY**

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings (the "Motion," Dkt. No. 20). Having reviewed the Motion and the record, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

- This action is **STAYED**;

- All pending deadlines associated with Defendants' Motions to Dismiss (Dkt. Nos. 16, 17) and Motion to Compel Arbitration (Dkt. No. 18) are **VACATED**; and

- The Parties shall submit a status report on June 27, 2026 and every three months thereafter, which shall include the Parties' positions on whether and when active litigation in this matter should resume.

**IT IS SO ORDERED**

                                 /s/Kenneth J. Gonzales_____
                                 CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Approved by:**

FAYERBERG DODD, LLC

*/s/Christopher A. Dodd* (with permission)
Christopher A. Dodd
Amber Fayerberg
500 Marquette Avenue, NW
Suite 1330
Albuquerque, NM 87102
(505) 475-2742
chris@fayerbergdodd.com
amber@fayerbergdodd.com

Steven A. Schwartz (PA Bar No. 50579)
Beena M. McDonald (PA Bar No. 83315)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA  19041
T: (610) 642-8500
sas@chimicles.com
bmm@chimicles.com

Garrett W. Wotkyns (AZ Bar No. 025887)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
18146 North 93rd Place
Scottsdale, AZ 85255
T: (610) 642-8500
garrettwotkyns@chimicles.com

Jarrett L. Ellzey (TX Bar No. 24040865)
Josh Sanford (AR Bar No. 2001037)
Tom Kherkher (TX Bar No. 24113389)
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 770006
T: (888) 350-3931
jellzey@eksm.com
jsanford@eksm.com
tkherkher@eksm.com
Service: service@eksm.com

*Counsel for Plaintiffs and the Proposed Class*

IFRAH PLLC

By: */s/Robert W. Ward*
A. Jeff Ifrah (No. 26-23)
Robert W. Ward (No. 25-437)
Ifrah PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited
and Aubrey Drake Graham*

NEIMAN MAYS FLOCH & ALMEIDA
PLLC

By: */s/Christopher D. Joyce* (with permission)
Jeffrey A. Neiman (*pro hac vice* forthcoming)
Brandon S. Floch (*pro hac vice* forthcoming)
Christopher D. Joyce (No. 26-47)
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943
cjoyce@nmfalawfirm.com
jneiman@nmfalawfirm.com
bfloch@nmfalawfirm.com

*Counsel for Defendant Adin Ross*