## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TORRES and RORY MICHIE,
individually and on behalf of all others
similarly situated,

          *Plaintiffs*,

    v.

SWEEPSTEAKS LIMITED; ADIN ROSS;
and AUBREY DRAKE GRAHAM,

          *Defendants*.

Case No.: 1:25-cv-01292 KG/KK

## JOINT STATUS REPORT

Pursuant to the Court's Order Granting Joint Motion to Stay (Dkt. No. 21), the Parties respectfully submit the following Joint Status Report.

## RELEVANT BACKGROUND

1.      On February 6, 2026, Defendants Graham and Ross each filed a motion to dismiss for lack of personal jurisdiction (Dkt. Nos. 16, 17), and Defendant Sweepsteaks Limited filed a motion to compel arbitration, which Defendants Graham and Ross joined in the alternative to their motions to dismiss (Dkt. No. 18).

2.      On March 31, the Parties filed a Joint Motion to Stay Proceedings ("Joint Motion to Stay"). (Dkt. No. 20.) The Joint Motion to Stay was sought in light of Defendant Sweepsteaks Limited's pending or soon-to-be-filed motions to compel arbitration in other actions involving similar claims (the "Other Similar Actions"), including *Urdan v. Sweepsteaks Limited*, No. 1:25-cv-03736 (N.D. Ill.). The Parties agreed that a stay would permit litigation of this matter to be informed by rulings advanced in the Other Similar Actions and potentially narrow the issues presented here.

3.      On March 31, the Court issued its Order Granting Joint Motion to Stay, which stayed all proceedings and vacated all pending deadlines associated with the outstanding motions,

1

and ordered the Parties to submit a status report on June 27, 2026, informing the Court of whether and when the case shall return to active litigation. (Dkt. No. 21.)

<u>STATUS OF OTHER SIMILAR MATTERS</u>

4.      In the *Urdan* matter, briefing on Defendant Sweepsteaks Limited's renewed motion to compel arbitration was completed as of June 5, 2026. The Parties are awaiting a ruling from the court on that motion.

5.      In an action currently pending in the United States District Court for the Eastern District of Virginia, *Ridley v. Sweepsteaks Limited*, No. 1:25-cv-02511-LMB-WEF (E.D. Va.), briefing on Defendant Sweepsteaks Limited's motion to compel arbitration was completed on June 5, 2026. Following a June 12, 2026 hearing, the court took the motion to compel arbitration under advisement and the parties are awaiting a ruling from the court on that motion.

6.      A ruling on the pending motions to compel arbitration in *Urdan* and *Ridley* may inform the issues presented by Defendant Sweepsteaks Limited's pending motion to compel arbitration in this action and may assist the Parties in narrowing—or resolving—the pleadings issues now before the Court.

7.      As mentioned in the Parties' Joint Motion to Stay, the Parties reached a similar agreement in an action currently pending in the United States District Court for the Western District of Missouri, *Killham v. Sweepsteaks Limited*, No. 4:25-CV-990-DGK, which involves overlapping counsel and raises claims and issues similar to those presented in this action. The *Killham* court granted the Parties' joint motion to stay on March 26, and similarly ordered the parties to submit a status report, in which the parties are requesting a continued stay for a period of three months.

<u>CONTINUED ABSENCE OF PREJUDICE</u>

8.      There will continue to be no prejudice to the Parties from a further temporary stay of this case. This litigation remains in its early stages. Plaintiff has not filed responses to Defendants' pending motions to dismiss, motion to compel arbitration, and motion to stay discovery.

9.      A continued stay preserves the status quo while the Parties await a ruling that may

narrow or resolve the issues in this case, and it promotes judicial efficiency by avoiding the need to address the four pending motions and the Parties' competing discovery protocols while developments in the Other Similar Actions remain pending. *Archuleta v. Phelps*, No. 1:24-cv-00157, 2025 WL 901799, at *6 (D.N.M. Mar. 25, 2025) (stay appropriate where other proceedings would narrow issues); *Aersale, Inc. v. Aviation Pers., LLC*, 2025 U.S. Dist. LEXIS 70834, *6 (D.N.M. Apr. 14, 2025) (courts possess inherent authority to manage their dockets in order to resolve disputes efficiently and expeditiously including the power to stay matters before it).

PROPOSED NEXT STEPS

10. In light of the pending rulings in *Urdan* and *Ridley*, the Parties respectfully submit that this action should remain stayed and that it would be premature to return the case to active litigation at this time.

11. Consistent with the Parties' proposal in the Court's Order Granting Joint Motion to Stay, the Parties propose to submit a further status report on or before September 25, 2026, or within fourteen (14) days of a ruling on the pending motions to compel arbitration in *Urdan* or *Ridley*, whichever is earlier, again proposing to the Court whether and when this action shall return to active litigation.

12. The Parties further reaffirm that, within thirty (30) days of any order lifting the stay, they will meet and confer and propose to the Court a revised proposed scheduling order, which shall include a proposed briefing schedule on Defendants' pending motions.

13. All Parties respectfully reserve all rights, including but not limited to any position regarding Defendants' pending motions to dismiss, motion to compel arbitration, and motion to stay discovery, and including the right of Defendants Graham and Ross to challenge this Court's jurisdiction.

14. The Parties respectfully request that the Court enter the accompanying proposed order continuing the stay of all proceedings in this action and permitting the Parties to submit a further status report as set forth above.

Respectfully submitted,

FAYERBERG DODD, LLC

*/s/ Amber Fayerberg*
Christopher A. Dodd
Amber Fayerberg
500 Marquette Avenue, NW
Suite 1330
Albuquerque, NM 87102
 (505) 475-2742
chris@fayerbergdodd.com
amber@fayerbergdodd.com

Steven A. Schwartz, *pro hac vice* forthcoming
Beena M. McDonald, *pro hac vice* forthcoming
CHIMICLES SCHWARTZ KRINER
  & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA  19041
Tel. No. (610) 642-8500
sas@chimicles.com
bmm@chimicles.com

Garrett W. Wotkyns, *pro hac vice* forthcoming
CHIMICLES SCHWARTZ KRINER
  & DONALDSON-SMITH LLP
18146 North 93rd Place
Scottsdale, AZ 85255
Tel. No. (610) 642-8500
garrettwotkyns@chimicles.com

Jarrett L. Ellzey, *pro hac vice* forthcoming
Tom Kherkher, *pro hac vice* forthcoming
Josh Sanford, *pro hac vice* forthcoming
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 770006
Telephone: (888) 350-3931
jellzey@eksm.com
jsanford@eksm.com
tkherkher@eksm.com
Service: service@eksm.com

A. Jeff Ifrah (No. 26-23)
Robert W. Ward  (No. 25-437)
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited and Aubrey Drake Graham*

NEIMAN MAYS FLOCH & ALMEIDA PLLC
Jeffrey A. Neiman *pro hac vice*
jneiman@nmfalawfirm.com
Brandon S. Floch *pro hac vice*
bfloch@nmfalawfirm.com
Christopher D. Joyce *pro hac vice*
cjoyce@nmfalawfirm.com
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943

*Counsel for Defendant Adin Ross*

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the Court's ECF system on June 26, 2026 and served upon all counsel of record thereby.

/s/ Amber Fayerberg