**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE,
individually and on behalf of all others
similarly situated,

*Plaintiffs*,

v.

SWEEPSTEAKS LIMITED; ADIN ROSS;
and AUBREY DRAKE GRAHAM,

*Defendants*.

Case No.: 1:25-cv-01292 KG/KK

**ORDER PARTIALLY LIFTING STAY**

Per the Court's Order Granting Joint Motion to Stay (Dkt. No. 21), on June 26, 2026, the Parties submitted a Joint Status Report reporting on the status of the other similar actions and requesting a continued stay. (Dkt. No. 23.) In that Joint Status Report, the Parties committed to submitting a further status report on or before September 25, 2026, or within fourteen (14) days of a ruling on the pending motions to compel arbitration in *Urdan v. Sweepsteaks Limited*, No. 1:25 cv-03736 (April 7, 2025 N.D. Ill.), or *Ridley v. Sweepsteaks Limited*, No. 1:25-cv-02511-LMB-WEF (E.D. Va.), whichever is earlier.

The *Ridley* court issued its ruling on July 30, 2026, and the Parties submitted a Joint Status Report on August 13, 2026.

Having reviewed Parties' Joint Status Report, and for good cause shown, the Court now partially lifts the stay and **ORDERS** as follows:

1) Defendants Graham and Ross shall serve and file their respective Motions to Dismiss no later than **21 days** after entry of this Order;

2) In accordance with D.N.M.LR-Civ. 7.4(a), Plaintiffs shall serve and file their response no later than **14 days** after the motions to dismiss for lack of personal jurisdiction are filed;

3) In accordance with D.N.M.LR-Civ. 7.4(a), Defendants Graham and Ross shall serve and file their respective reply, if any, no later than **14 days** after Plaintiffs' response is served and filed;

4) The action remains STAYED as to Defendants' anticipated Motion to Compel Arbitration;

5) Discovery is STAYED pending further order of the Court; and

6) The Parties shall file a joint status report on or before November 11, 2026 or within **14 days** of a ruling in the *Urdan* matter, whichever is earlier.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.