**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

SWEEPSTEAKS LIMITED, ADIN ROSS, and AUBREY DRAKE GRAHAM

*Defendants*.

Case No.: 1:25-cv-1292 KG/JMR

**DECLARATION OF AUBREY DRAKE GRAHAM**
**IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Aubrey Drake Graham, hereby declare and state as follows:

1. I am over the age of 18 and competent to make this declaration. I am named as a defendant in the above-captioned action.

2. I make this declaration based on personal knowledge. If called upon to do so, I could and would testify competently to the statements in this declaration. I submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction.

3. I am a recording artist, songwriter, and entertainer. My work includes collaborating with brands, creators, and other entertainers to produce content, including social media posts and livestreams.

4. I reside in Washington, Texas. I have never resided in the state of New Mexico.

5. I do not maintain an office, mailing address, bank account, phone number, or registered agent for service of process in New Mexico.

6. Any content I have created, advertised, or posted relating to Stake.us has been published solely on nationally or globally available internet platforms, including Kick, Instagram, and X.

7. I have not sought out, relied on, or otherwise used any New Mexico-specific media outlets, publications, channels, or advertising platforms to promote Stake.us or any Stake.us-related promotional content. I have never directed, tailored, or targeted any Stake.us-related promotional content specifically to New Mexico residents or the New Mexico market.

8. I have never created any Stake.us-related promotional content with the intention or understanding that it would be used to advertise Stake.us specifically to New Mexico customers or within the state of New Mexico.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: September 2, 2026 By: __________________________

Aubrey Drake Graham