**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

SWEEPSTEAKS LIMITED, ADIN ROSS, and AUBREY DRAKE GRAHAM,

*Defendants*.

Case No.: 1:25-cv-01292-KG-KK

**DECLARATION OF ADIN ROSS**

I, Adin Ross, hereby state as follows:

1. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.
2. I submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction.
3. I am a professional online internet personality and livestreamer. My work includes live commentary, interviews, collaborative streams with other online creators, and real-time audience engagement. I have held this role during the period of time relevant to this dispute.
4. I have never traveled to or resided in the state of New Mexico. I reside in Florida.
5. I do not maintain an office, mailing address, bank account, phone number, or a registered agent in New Mexico.
6. I do not have any employees or agents in the state of New Mexico.
7. Any content I have created, advertised, or posted relating to Stake.us has been published solely on nationally or globally available internet platforms, including Kick, Instagram, and X. I have not used any New Mexico-specific media outlets, publications, channels or advertising platforms to promote Stake.us. Nor have I directed, tailored, or targeted my Stake.us-related promotional content specifically to New Mexico residents or to the New Mexico market.

8. I have never created Stake.us-related content with the intention or understanding that my content would be used to advertise Stake.us specifically in the state of New Mexico.

9. In February 2026, months after the complaint in this lawsuit was filed, a third-party consultant purchased a property in New Mexico on my behalf through an entirely remote process. The property is in no way related to the claims asserted in this action. I do not use this property as a residence, mailing address, office, or for any similar purpose. I have never traveled to New Mexico to visit this property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

______________________________

Adin Ross

Executed on September 7, 2026, at Miami-Dade County, Florida



Doc ID: f2a07171d18f3de4198f953f975c10c1a2c949a8