**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,

*Defendants*.

Case No.: 1:25-cv-01292 KG/KK

## JOINT STATUS REPORT

Pursuant to the Order Partially Lifting Stay (Dkt. No. 25), the Parties respectfully submit the following Joint Status Report.

## RELEVANT BACKGROUND

1. Per the Court's Order Partially Lifting Stay (Dkt. No. 25), the Parties report here on the status of *Urdan v. Sweepsteaks Limited*, No. 1:25 cv-03736 (April 7, 2025 N.D. Ill.) and request a continued partial stay of this matter.

2. There has not yet been a ruling on the pending motion to compel arbitration in *Urdan*.

3. There will continue to be no prejudice to the Parties from a further temporary partial stay of this case. This litigation remains in its early stages. While since the last status report in this matter the Parties have briefed the issues involved in Defendants' personal jurisdiction-based dismissal motions (*see* Dkt. Nos. 26-29), remaining dispositive motions-practice, if any, has yet to occur.

4. A continued partial stay preserves the status quo while the Parties await rulings that may narrow or resolve the issues in this case. *Archuleta v. Phelps*, No. 1:24-cv-00157, 2025 WL

901799, at *6 (D.N.M. Mar. 25, 2025) (stay appropriate where other proceedings would narrow issues); *Aersale, Inc. v. Aviation Pers., LLC*, 2025 U.S. Dist. LEXIS 70834, *6 (D.N.M. Apr. 14, 2025) (courts possess inherent authority to manage their dockets in order to resolve disputes efficiently and expeditiously including the power to stay matters before it).

5. In light of the pending arbitration ruling in *Urdan*, the Parties respectfully submit that this action should remain partially stayed and that it would be premature to return to active litigation on Defendants' anticipated Motion to Compel Arbitration at this time.

6. The Parties respectfully request that the partial stay be extended for an additional ninety (90) days, and propose to submit a further status report on or before February 11, 2027, proposing to the Court whether and when this action shall return to active litigation on Defendants' anticipated Motion to Compel Arbitration.

7. The Parties further propose that, within thirty (30) days of any order lifting the partial stay, they will meet and confer and propose to the Court a revised proposed scheduling order.

8. The Parties respectfully request that the Court enter the accompanying proposed order continuing the partial stay of proceedings related to Defendants' Motion to Compel Arbitration in this action and permitting the Parties to submit a further status report as set forth above.

Respectfully Submitted,

FAYERBERG DODD, LLC

*<u>/s/ Amber Fayerberg</u>*
Christopher A. Dodd
Amber Fayerberg
500 Marquette Avenue, NW
Suite 1330
Albuquerque, NM 87102

A. Jeff Ifrah (No. 26-23)
Robert W. Ward (No. 25-437)
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650

(505) 475-2742
chris@fayerbergdodd.com
amber@fayerbergdodd.com

Steven A. Schwartz, *pro hac vice* forthcoming
Beena M. McDonald, *pro hac vice* forthcoming
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Tel. No. (610) 642-8500
sas@chimicles.com
bmm@chimicles.com

Garrett W. Wotkyns, *pro hac vice* forthcoming
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
18146 North 93rd Place
Scottsdale, AZ 85255
Tel. No. (610) 642-8500
garrettwotkyns@chimicles.com

Jarrett L. Ellzey, *pro hac vice* forthcoming
Tom Kherkher, *pro hac vice* forthcoming
Josh Sanford, *pro hac vice* forthcoming
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 770006
Telephone: (888) 350-3931
jellzey@eksm.com
jsanford@eksm.com
tkherkher@eksm.com
Service: service@eksm.com

*Counsel for Plaintiffs*

Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited and Aubrey Drake Graham*

NEIMAN MAYS FLOCH & ALMEIDA PLLC
Jeffrey A. Neiman *pro hac vice*
jneiman@nmfalawfirm.com
Brandon S. Floch *pro hac vice*
bfloch@nmfalawfirm.com
Christopher D. Joyce *pro hac vice*
cjoyce@nmfalawfirm.com
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943

*Counsel for Defendant Adin Ross*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the Court's ECF system on November 11, 2026 and served upon all counsel of record thereby.

/s/ *Amber Fayerberg*