**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TORRES and RORY MICHIE,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v. No. CIV 25-1292 KG/JMR

SWEEPSTEAKS LIMITED; ADIN ROSS;
and AUBREY DRAKE GRAHAM,

Defendants.

**ORDER PARTIALLY STAYING PROCEEDINGS**

In the interests of judicial economy and for good cause shown, the case is STAYED except with respect to Defendant Graham's and Ross's pending motions to dismiss for lack of personal jurisdiction.

The parties are ORDERED to issue a status report on February 11, 2027, or within 14 days of a ruling in the *Urdan* matter, whichever is earlier. The joint status report shall inform the Court of whether and when the stay shall be fully lifted.

IT IS SO ORDERED.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.